Anton Jaggle, Plaintiff in Error, v. P. G. Kaiser,
Defendant in Error.

Gen. No. 18,611.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F.
ROBINSON, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1912. Affirmed. Opinion filed November 20,
1913.

E. A. ABORN, for plaintiff in error.

LORENZ & REDDY, for defendant in error.

MR. JUSTICE FITCH delivered the opinion of the court.

This case is controlled by the decision in *Jaggle* v. *Nagle*, No.
18,610, *ante*, p. 237.